**Order filed, December 20, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00980-CV
_____

**APRIL DUPREE ADESHILE, Appellant**

**V.**

**METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellee**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2010-66501**

## ORDER

The reporter's record in this case was due December 10, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Art Zapata, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM